CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 12 2005
JOHN F. CORCORAN, CLERK
BY: /s/ Sam ___
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ANDREW P. WINDSOR,<br>    Plaintiff, | Civil Action No. 7:05cv00207 |
| v. | **MEMORANDUM OPINION**<br>**& ORDER** |
| UNITED STATES DEPARTMENT OF<br>JUSTICE, et al.,<br>    Defendants. | By: Jackson L. Kiser<br>Senior U.S. District Judge |

This matter is before the court upon plaintiff's affidavit which the court will construe as a motion for preliminary injunctive relief. Plaintiff requests that this court issue a preliminary injunction ordering the defendants to release him into the general prison population such that he may benefit from the use of a "jail house lawyer" and more frequent visits to the law library.

Preliminary injunctive relief is an extraordinary remedy that courts should apply sparingly. See Direx Israel, Ltd. v. Breakthrough Med. Corp., 952 F.2d 802, 811 (4th Cir. 1991). In determining whether preliminary injunctive relief should be granted, the court applies the "balance of hardship" test. Wetzel v. Edwards, 635 F.2d 283, 287 (4th Cir. 1980). Under this test, the court should consider four factors: 1) whether the plaintiff will suffer irreparable harm if the relief is not granted; 2) the likelihood of harm to the defendant if relief is granted; 3) the likelihood that plaintiff will eventually succeed on the merits; and 4) whether public interest lies with granting relief. Blackwelder Furniture Co. of Statesville, Inc. v. Seilig Mfg., Co., 550 F.2d 189, 195 (4th Cir. 1977). Without a showing that plaintiff will suffer imminent, irreparable harm, the court cannot grant interlocutory injunctive relief. Rum Creek Coal Sales, Inc. v. Caperton, 926 F.2d 353, 360 (4th Cir. 1991).

In his request for injunctive relief, plaintiff has not alleged any facts which suggest he is likely to suffer imminent, irreparable harm. As such, it is hereby

**ORDERED**

that plaintiff's request for injunctive relief shall be and hereby is **DENIED**.

The Clerk of the Court is directed to send a certified copy of this Memorandum Opinion & Order to plaintiff.

ENTER: This 12th of July, 2005.

/s/ Senior U.S. District Judge

2